# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 99-32906 |
| | ) | |
| CSC Oil Company, Inc. | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER TO DISBURSE UNCLAIMED FUNDS

The Court find that an amount of $983.60 deposited in the Registry Account for Unclaimed Monies for the benefit of Creditor, Stevenson Photo Color Company, for reasons stated in the Motion filed contemporaneously herewith, is due and owing to said Creditor, therefore,

**IT IS ORDERED** that the Clerk, U.S. Bankruptcy Court, Western District of Kentucky, disburse this unclaimed dividend of $983.60 to: Stevenson The Color Company, c/o William C. Willock, Jr., 600 West Main Street, Suite 100, Louisville, Kentucky 40202.